# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BERNARDO LLOYD, | No. 4:20-CV-1107 |
| Plaintiff, | (Judge Brann) |
| v. | |
| WILLIAM BARR, *et al.*, | |
| Defendants. | |

## ORDER

**AND NOW**, this 27th day of August 2020, in accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1. Plaintiff's complaint (Doc. 1) is **DISMISSED WITHOUT PREJUDICE**.

2. Defendants DHS, USCIS and ICE are **DISMISSED WITH PREJUDICE**.

3. Plaintiff shall within thirty (30) days from the date of this Order file an amended complaint that addresses the deficiencies identified in the Court's Memorandum Opinion, should he choose to do so. Failure to comply will be deemed abandonment of this action, and Plaintiff's action will be subject to dismissal with prejudice and without further warning.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
United States District Judge